882

No. 97–5210. STERLING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5211. DAVIS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5212. DEMAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5213. FILIPOS v. FILIPOS. Super. Ct. Pa. Certiorari denied.

No. 97–5214. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5215. HICKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–5216. THOMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5217. DELGADO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5219. HANLEY v. BENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–5221. WILLIAMSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5222. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5223. CONYERS v. VOORHIES. C. A. 6th Cir. Certiorari denied.

No. 97–5224. BENNETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5225. CHAVEZ v. SHANKS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–5226. BORSICK v. COURT OF COMMON PLEAS OF OHIO, ERIE COUNTY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5227. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.